AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTER District of MASSACHUSETTS

RAYMOND MORRISSEY

V.

WEBSTER BANK, N.A.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10984 WGY

TO: (Name and address of Defendant)

WEBSTER BANK, N.A.
145 BANK STREET
WATERBURY, CT 06720

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
Law Offices of Christopher M. Lefebvre
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK ...NTON

DATE 5-12-05

(By) DEPUTY

≈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE May 27 2005 |
| NAME OF SERVER (PRINT) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: Webster Bank N.A. Central Ave. Seekonk MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Denna Ward Assistant Mng.

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 40.00 | TOTAL 40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/27/05
Date

Signature of Server

Address of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.