## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND MORRISSEY, ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No. 05-10984-WGY |
| v. ) | |
| ) | |
| WEBSTER BANK, N.A., ) | |
| ) | |
| *Defendant.* ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2)

Pursuant to Local Rule 7.1(A)(2), I, Hobart F. Popick, counsel for the Defendant, Webster Bank, N.A., hereby certify that on June 13, 2005, I contacted counsel for the Plaintiff, Attorney Christopher M. Lefebvre by letter, and on June 16, 2005 by telephone, in good faith attempt to resolve or narrow the issues raised by Webster's intended motion for a more definite statement. Attorney Lefebvre stated that he intended to file an amended complaint, however, the parties did not agree upon a date by which Webster must file a responsive pleading. Accordingly, on June 16, 2005, I left a telephone voice mail message for Attorney Lefebvre, in a good faith attempt to resolve or narrow the issues raised by the Defendant's Motion to Enlarge Time, filed herewith. Attorney Lefebvre did not respond to my voice mail message.

-2-

                                                            Respectfully submitted,

                                                            WEBSTER BANK, N.A.,

                                                            By its attorneys,

                                                            /s/ Hobart F. Popick
                                                            Jonathan I. Handler (BBO # 561475)
                                                            Hobart F. Popick (BBO # 658763)
                                                            DAY, BERRY & HOWARD LLP
                                                            260 Franklin Street
                                                            Boston, Massachusetts 02110

Dated: June 16, 2005                                (617) 345-4600

## CERTIFICATE OF SERVICE

    I, Hobart F. Popick, hereby certify that on the 16th day of June, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, RI 02860.

                                                            /s/ Hobart F. Popick
                                                            Hobart F. Popick