UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND MORRISSEY, )<br>)<br>      *Plaintiff,* )<br>v. )<br>)<br>WEBSTER BANK, N.A., )<br>)<br>      *Defendant.* )<br>) | Civil Action No. 05-10984-WGY |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Hobart F. Popick on behalf of the Defendant, Webster Bank, N.A., in connection with the above-captioned action.

By its attorneys,

/s/ Hobart F. Popick
Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110
(617) 345-4600

Dated: June 20, 2005

### CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 20th day of June, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island 02860.

/s/ Hobart F. Popick
Hobart F. Popick