## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND MORRISSEY, ) | |
| ) | |
| *Plaintiff,* ) | Civil Action No. 05-10984-WGY |
| v. ) | |
| WEBSTER BANK, N.A., ) | |
| ) | |
| *Defendant.* ) | |

### ASSENTED-TO MOTION TO ADMIT STEVEN M. GREENSPAN PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), Defendant Webster Bank, N.A. ("Webster") by and through its counsel, respectfully moves this Court to admit Steven M. Greenspan, Esquire, pro hac vice as counsel for Webster in the above-captioned matter. The grounds for this motion are as follows:

1. Mr. Greenspan is a member in good standing of every bar in which he has been admitted to practice. (See Affidavit of Steven M. Greenspan ("Greenspan Aff."), at ¶ 2).

2. Mr. Greenspan has been admitted to practice before the Courts of the State of Connecticut, the United States District Court for the District of Connecticut, the United States District Court for the Southern District of New York, the United States Court of Appeals for the First Circuit and the United States Court of Appeals for the Second Circuit. (Greenspan Aff. at ¶ 3.)

3. There are no disciplinary proceedings pending against Mr. Greenspan as a member of the bar of any jurisdiction. (Greenspan Aff. at ¶ 4.)

-2-

4.  Mr. Greenspan is familiar with the local rules of this Court and the Federal Rules of Civil Procedure. (Greenspan Aff. at ¶ 5.)

5.  Mr. Greenspan is familiar with Webster and the issues in this lawsuit. Mr. Greenspan's appearance and participation in this matter in conjunction with attorneys from Day, Berry & Howard LLP's Boston office are necessary for the proper and effective representation of Webster. (Greenspan Aff. at ¶ 6.)

6.  This motion is made by a member of the bar of this Court who has made an appearance in this matter.

7.  Plaintiff's counsel, Christopher M. Lefebvre, Esq., has been contacted and has assented to this Motion.

WHEREFORE, Webster, by and through its counsel, moves this Court to admit Steven M. Greenspan pro hac vice in this litigation.

-3-

Respectfully submitted,

WEBSTER BANK, N.A.,

By its attorneys,

/s/ Hobart F. Popick
Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110
(617) 345-4600

Dated: June 20, 2005

**CERTIFICATE OF SERVICE**

    I, Hobart F. Popick, hereby certify that on the 20th day of June, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, RI 02860.

/s/ Hobart F. Popick
Hobart F. Popick