UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND MORRISSEY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WEBSTER BANK, N.A., ) <br> ) <br> Defendant. ) | Civil Action No. 05-10984-WGY |

**AFFIDAVIT OF STEVEN M. GREENSPAN**

I, Steven M. Greenspan, hereby depose and say as follows:

1. I am a partner in the law firm of Day, Berry & Howard LLP, CityPlace I, Hartford, Connecticut, 06103.

2. I am a member in good standing of every bar in which I have been admitted to practice.

3. I have been admitted to practice before the Courts of the State of Connecticut, the United States District Court for the District of Connecticut, the United States District Court for the Southern District of New York, the United States Court of Appeals for the First Circuit and the United States Court of Appeals for the Second Circuit.

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

5. I am familiar with the local rules of this Court and the Federal Rules of Civil Procedure.

6.       I am familiar with Webster and the issues in this lawsuit. My appearance and participation in this matter in conjunction with attorneys from Day, Berry & Howard LLP's Boston office are necessary for the proper and effective representation of Webster.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17TH DAY OF JUNE, 2005.

_____
Steven M. Greenspan