**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| RAYMOND MORRISSEY,          )<br>                                                  )<br>            *Plaintiff,*              )      Civil Action No. 05-10984-WGY<br>v.                                            )<br>                                                  )<br>WEBSTER BANK, N.A.,         )<br>                                                  )<br>            *Defendant.*           )<br>                                                  ) | |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), I, Hobart F. Popick, counsel for the Defendant, Webster Bank, N.A. ("Webster") hereby certify that on June 16, 2005, I conferred with Attorney Christopher M. Lefebvre, counsel for Plaintiff Raymond Morrissey, in good faith attempt to resolve or narrow the issues raised by the Defendant's Motion to Admit Steven M. Greenspan Pro Hac Vice (the "Motion"), filed herewith. Attorney Lefebvre advised that he assents to Webster's Motion.

-2-

                                                        Respectfully submitted,

                                                        WEBSTER BANK, N.A.,

                                                        By its attorneys,

|  |  |
|---|---|
|  | /s/ Hobart F. Popick |
|  | Jonathan I. Handler (BBO # 561475) |
|  | Hobart F. Popick (BBO # 658763) |
|  | DAY, BERRY & HOWARD LLP |
|  | 260 Franklin Street |
|  | Boston, Massachusetts 02110 |
| Dated:  June 20, 2005 | (617) 345-4600 |

## CERTIFICATE OF SERVICE

     I, Hobart F. Popick, hereby certify that on the 20th day of June, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to:  Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, RI  02860.

                                                        /s/ Hobart F. Popick
                                                        Hobart F. Popick