**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RAYMOND MORRISSEY, )<br>)<br>*Plaintiff,* )<br>v. )<br>)<br>WEBSTER BANK, N.A., )<br>)<br>*Defendant.* )<br>) | Civil Action No. 05-10984-WGY |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Defendant Webster Bank, N.A. ("Webster") states the following: Webster is a wholly-owned subsidiary of Webster Financial Corporation, a publicly traded company.

By its attorneys,

/s/ Hobart F. Popick
Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110
Dated: June 20, 2005                               (617) 345-4600

**CERTIFICATE OF SERVICE**

I, Hobart F. Popick, hereby certify that on the 20th day of June, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island 02860.

/s/ Hobart F. Popick
Hobart F. Popick