## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND MORRISSEY, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-10984-WGY |
| v. ) | |
| WEBSTER BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Jonathan I. Handler on behalf of the Defendant, Webster Bank, N.A., in connection with the above-captioned action.

By its attorneys,

/s/ Jonathan I. Handler
Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110
(617) 345-4600

Dated: June 20, 2005

### CERTIFICATE OF SERVICE

I, Jonathan I. Handler, hereby certify that on the 20th day of June, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island 02860.

/s/ Jonathan I. Handler
Jonathan I. Handler