UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAYMOND MORRISSEY,<br>Plaintiff<br><br>v.<br><br>WEBSTER BANK, N.A.,<br>Defendant | C.A. # 05cv10984- WGY |

### CORPORATE DISCLOSURE STATEMENT
### OF THE DEFENDANT,
### WEBSTER BANK, N.A.

The defendant, Webster Bank, N.A., hereby discloses pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.3 that it is a wholly owned subsidiary of Webster Financial Corporation, Webster Plaza, Waterbury, CT 06702.

> Webster Bank, N.A.
> By its attorneys,
> McGuire & Coughlin, P.C.
>
> by _____
> Thomas F. McGuire, Jr.
> B.B.O. # 335170
> 70 South Main Street
> P.O. Box 1187
> Fall River, MA 02722-1187
> Tel. (508) 675-7896
> Fax (508) 675-6595

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff on June 22, 2005 by mail to:

>Christopher M. Lefebvre, Esq.
>Claude Lefebvre, P.C.
>Two Dexter Street
>Pawtucket, RI 02860

Signed under the penalties of perjury this 22nd day of June, 2005.

_____
Thomas F. McGuire, Jr.
B.B.O. # 335170