UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND MORRISSEY,<br>Plaintiff<br><br>v.<br><br>WEBSTER BANK, N.A.,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)   C.A. # 05cv10984- WGY<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO WITHDRAW
### APPEARANCE AND ANSWER
### (ASSENTED TO)

The undersigned counsel respectfully moves to withdraw the Answer and Jury Claim, Corporate Disclosure Statement and Appearance which he previously filed in this action on behalf of the defendant, Webster Bank, N.A.

As grounds for this motion, the undersigned says that he received instructions to appear as counsel for the defendant as a result of a clerical error in the Legal Service and Process Department of the defendant bank. Prior to the undersigned counsel's appearance and answer (and unknown to the undersigned), the in-house legal counsel for the defendant had already retained Attorney Steven Greenspan of the law firm Day, Berry & Howard, LLP to defend it in this action and Mr. Greenspan had already reached certain agreements with the plaintiff's counsel as to these proceedings. Unaware of this, a clerk in the defendant's Legal Service and Process Department forwarded a copy of the summons and complaint to the undersigned counsel and the undersigned (unaware of Attorney Greenspan's involvement) proceeded to appear for the defendant. Since the undersigned's appearance (although undertaken in good faith) was not actually

authorized by the appropriate officer at the defendant bank, the filings should be disregarded as a nullity.

McGuire & Coughlin, P.C.

by _____
Thomas F. McGuire, Jr.
B.B.O. # 335170
70 South Main Street
P.O. Box 1187
Fall River, MA 02722-1187
Tel. (508) 675-7896
Fax (508) 675-6595

ASSENTED TO
For the Plaintiff:

_Christopher M. Lefebvre by TFM_
Christopher M. Lefebvre, Esq.
Claude Lefebvre, P.C.
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for the plaintiff on July 7, 2005 by mail to:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, P.C.
Two Dexter Street
Pawtucket, RI 02860

Steven M. Greenspan, Esq.
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103

        Jonathan I. Handler, Esq.
        Hobart F. Popick, Esq.
        Day, Berry & Howard, LLP
        260 Franklin Street
        Boston, MA 02110

Signed under the penalties of perjury this 7th day of July, 2005.

                                    Thomas F. McGuire, Jr.
                                    B.B.O. # 335170