## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND MORRISSEY,          )<br>                              )<br>         *Plaintiff,*          )<br>v.                            )<br>                              )<br>WEBSTER BANK, N.A.,           )<br>                              )<br>         *Defendant.*         )<br>                              ) | Civil Action No. 05-10984-WGY |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2)**

Pursuant to Local Rule 7.1(A)(2), I, Hobart F. Popick, counsel for the Defendant, Webster Bank, N.A., hereby certify that on July 11, 13, and 14, 2005, I left telephone messages for counsel for the Plaintiff, Attorney Christopher M. Lefebvre, in good faith attempt to resolve or narrow the issues raised by Webster's Motion for Enlargement of Time, filed herewith. Attorney Lefebvre did not respond to my telephone messages.

Respectfully submitted,

WEBSTER BANK, N.A.,

By its attorneys,

/s/ Hobart F. Popick
Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110
(617) 345-4600

-and-

Steven M. Greenspan (admitted *pro hac vice*)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103
(860) 275-0100

Dated:  July 14, 2005

## CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 14th day of July, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to:  Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, RI  02860.

/s/ Hobart F. Popick
Hobart F. Popick