UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                       )
RAYMOND MORRISSEY,                       )
                                                                        )
                Plaintiff,                      )
                                                                        )
v.                                        )   C.A. No. 05-10984-WGY
                                           )
WEBSTER BANK, N.A.                   )
                                         )
                Defendant.       )
_____)

## NOTICE OF CHANGE OF ADDRESS

    In accordance with local Rule 83.5.2(e) please note that effective on Monday, August 15, 2005, the below counsel for the defendant will have a new address as follows:

| Jonathan I. Handler | Hobart F. Popick |
|---|---|
| DAY, BERRY & HOWARD LLP | DAY, BERRY & HOWARD LLP |
| One International Place | One International Place |
| Boston, MA 02110 | Boston, MA 02110 |

Telephone, facsimile and email addresses will be unchanged.

                                                      Respectfully submitted,

                                                        /s/ Jonathan I. Handler
                                                    Jonathan I. Handler, BBO #561475
                                                    Hobart F. Popick, BBO #658763
                                                    DAY, BERRY & HOWARD LLP
                                                    260 Franklin Street
                                                    Boston, MA 02110-3179
                                                    (617) 345-4600

Dated:  August 4, 2005

## CERTIFICATE OF SERVICE

    I, Jonathan I. Handler, hereby certify that on this 4th day of August, 2005, I served a true and correct copy of the foregoing *Notice of Change of Address* via email to Christopher M. Lefebvre, Esq., Law Offices of Christopher M. Lefebvre, Two Dexter Street, Pawtucket, RI 02860.

                                                        /s/ Jonathan I. Handler
                                                           Jonathan I. Handler