UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND MORRISSEY, ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | Civil Action No. 05-10984-WGY |
| ) | |
| WEBSTER BANK, N.A., ) | |
| ) | |
| *Defendant.* ) | |

## JOINT STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1(D), the Plaintiff, Raymond Morrissey ("Morrissey") and the Defendant, Webster Bank, N.A. ("Webster"), through their undersigned counsel, hereby submit the following joint statement.

**I.   RULE 26(F) / LOCAL RULE 16.1(B) CONFERENCE**

The Parties held a telephone conference pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B) on September 2, 2005. The following counsel participated in the teleconference:

Christopher M. Lefebvre for Morrissey;

Jonathan I. Handler and Hobart F. Popick of Day, Berry & Howard LLP for Webster.

**II.   PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE**

The Parties propose that the pre-trial schedule be conducted in two phases, with the first phase limited to dispositive motions on the issue of whether Webster's statement in its ATM fee disclosure that a fee "may" be charged to non-Webster Bank cardholders is in compliance with the Electronic Funds Transfer Act, 15 U.S.C. § 1693, *et seq.,* and Federal Reserve Bank Regulation E, 12 C.F.R. § 205.16. Given that the Parties intend to submit dispositive motions

before conducting discovery, the Parties have agreed to dispense with (or at least postpone) initial disclosures pursuant to Rule 26(a)(1).  Specific proposed dates are as follows:

1. <u>October 3, 2005</u> – Deadline to join parties and/or amend pleadings.  Responses to any such pleadings due as provided in the Federal Rules of Civil Procedure and the Local Rules.

2. <u>October 31, 2005</u> – Deadline to file dispositive motions.

3. <u>November 30, 2005</u> – Deadline to file oppositions to dispositive motions.

4. <u>December 14, 2005</u> – Deadline to file reply briefs.

5. <u>Date to be determined</u> – Hearing on dispositive motions.

6. <u>Date to be determined</u> – In the event the case is not resolved by dispositive motion, a further Scheduling Conference would be convened to determine the scope of discovery, including class discovery, and to establish a schedule for further proceedings.  In the event that the case is not resolved by dispositive motion, the Parties reserve their rights to take any discovery permitted under the Federal Rules of Civil Procedure.

### III.    OTHER MATTERS

1. <u>Trial by Magistrate</u>.  The Parties do not consent to trial before a United States Magistrate Judge.

2. <u>Certification of Consultation</u>.  Webster submits its Local Rule 16.1(D)(3) Certification herewith as Exhibit A.  Morrissey will submit his Local Rule 16.1(D)(3) Certification in advance of the Initial Scheduling Conference.

3. <u>Settlement Proposals</u>.  Morrissey will make a written settlement proposal on or before September 14, 2005.  Webster will be prepared to respond at the Initial Scheduling Conference.

IV.    **AGENDA**

    The Parties propose the following agenda for the Scheduling Conference:

1. The pre-trial case schedule outlined above.

2. Such other matters as the Court may find appropriate.

                        Respectfully submitted,

| The Plaintiff<br>**RAYMOND MORRISSEY,** | The Defendant<br>**WEBSTER BANK, N.A.** |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Christopher M. Lefebvre (with permission)<br>Christopher M. Lefebvre (BBO # 629056)<br>CLAUDE LEFEBVRE, P.C.<br>Two Dexter Street<br>Pawtucket, Rhode Island 02860<br>(401) 728-6060 | /s/ Hobart F. Popick<br>Jonathan I. Handler (BBO # 561475)<br>Hobart F. Popick (BBO # 658763)<br>DAY, BERRY & HOWARD LLP<br>One International Place<br>Boston, Massachusetts 02110<br>(617) 345-4600 |
| | -and- |
| | Steven M. Greenspan (admitted *pro hac vice*)<br>DAY, BERRY & HOWARD LLP<br>CityPlace I<br>Hartford, CT 06103 |
| Dated: September 12, 2005 | (860) 275-0100 |

**CERTIFICATE OF SERVICE**

    I, Hobart F. Popick, hereby certify that on the 12th day of September, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island 02860.

                                    /s/ Hobart F. Popick
                                    Hobart F. Popick

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| RAYMOND MORRISEY,<br><br>*Plaintiff,*<br><br>v.<br><br>WEBSTER BANK, N.A.,<br><br>*Defendant.* | Civil Action No. 05-10984-WGY |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they are, respectively, outside and inside counsel for the defendant and that they have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full-course and various alternative courses of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Frederik F. Erikson
Frederik F. Erikson, Esq.
Webster Bank, N.A.
Webster Plaza
145 Bank Street
Waterbury, CT 06702-2211

/s/ Hobart F. Popick
Jonathan I. Handler (BBO #561475)
Hobart F. Popick (BBO #658763)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, Massachusetts 02110
(617) 345-4600

  -and-

Steven M. Greenspan (admitted *pro hac vice*)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103
(860) 275-0100

Dated:  September 12, 2005

**CERTIFICATE OF SERVICE**

    I, Hobart F. Popick, hereby certify that on the 12th day of September, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island 02860.

                                            /s/ Hobart F. Popick
                                            Hobart F. Popick