## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| RAYMOND MORRISSEY,          ) | |
|                             ) | |
|         *Plaintiff,*        ) | |
| v.                          ) | Civil Action No. 05-10984-WGY |
|                             ) | |
| WEBSTER BANK, N.A.,         ) | |
|                             ) | |
|         *Defendant.*        ) | |
|                             ) | |

### DEFENDANT WEBSTER BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Local Rule 56.1, and the Court's September 26, 2005 Order, Defendant Webster Bank, N.A. ("Webster") hereby moves for summary judgment on all claims in Plaintiff's Second Amended Complaint in this action. As further stated in Webster's Memorandum in Support of its Motion for Summary Judgment and in its Statement of Undisputed Material Facts As To Which There Is No Genuine Issue To Be Tried, there is no issue as to any material fact, and Webster is entitled to judgment as a matter of law as to both counts of Plaintiff's Second Amended Complaint. Plaintiff's claim under the Electronic Funds Transfer Act (the "EFTA") fails as a matter of law because Webster's automated teller machine ("ATM") fee notice provides an accurate and meaningful disclosure of its ATM fees to ATM users, in full compliance with the EFTA. Furthermore, because Webster's allegedly deficient ATM fee notice does not as a matter of law constitute an unfair or deceptive trade practice, Plaintiff's M.G.L. c. 93A claim likewise fails as a matter of law.

WHEREFORE, the Defendant, Webster Bank, N.A. hereby respectfully requests that this Court enter judgment in its favor and against the Plaintiff as to both Counts of the Second Amended Complaint in this action.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), defendant Webster Bank, N.A. hereby states that oral argument will assist the Court in its resolution of the instant Motion and hereby requests to be heard at oral argument before the Court.

Respectfully submitted,

WEBSTER BANK, N.A.,

By its attorneys,

  /s/ Hobart F. Popick
Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
One International Place
Boston, Massachusetts  02110
(617) 345-4600

-and-

Steven M. Greenspan (admitted *pro hac vice*)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, Connecticut  06103
(860) 275-0100

Dated:  October 31, 2005

## CERTIFICATE OF SERVICE

I, Hobart F. Popick, hereby certify that on the 31st day of October, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to:  Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island 02860.

  /s/ Hobart F. Popick
Hobart F. Popick