UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAYMOND MORRISSEY,       )<br>      *Plaintiff,*          )<br>                          )<br>v.                        )<br>                          )<br>WEBSTER BANK, N.A.,       )<br>      *Defendant.*         )<br>                          ) | Civil Action No. 05-10984-WGY |

**DEFENDANT WEBSTER BANK N.A.'S**
**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A) (2)**

Pursuant to Local Rule 7.1(A)(2), I, Hobart F. Popick, counsel for the Defendant, Webster Bank, N.A. ("Webster"), hereby certify that on October 31, 2005, I contacted counsel for the Plaintiff, Attorney Christopher M. Lefebvre, via telephone in good faith attempt to resolve or narrow the issues raised by Webster's Motion for Summary Judgment, filed herewith. The parties were unable to resolve or narrow the issues in dispute.

Respectfully submitted,

WEBSTER BANK, N.A.,

By its attorneys,

 /s/ Hobart F. Popick
Jonathan I. Handler (BBO # 561475)
Hobart F. Popick (BBO # 658763)
DAY, BERRY & HOWARD LLP
One International Place
Boston, Massachusetts  02110
(617) 345-4600

-and-

Steven M. Greenspan (admitted *pro hac vice*)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, Connecticut  06103
(860) 275-0100

Dated:  October 31, 2005

-2-

## CERTIFICATE OF SERVICE

    I, Hobart F. Popick, hereby certify that on the 31st day of October, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to:  Christopher M. Lefebvre, Esq., Claude Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island 02860.

                                                      /s/ Hobart F. Popick
                                                        Hobart F. Popick