UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
RAYMOND MORRISSEY,                 )
                                   )
            Plaintiff,             )
                                   )
    v.                             )   Civil Action No. 05-10984-WGY
                                   )
WEBSTER BANK, N.A.,                )
                                   )
            Defendant.             )
_____)
```

**DECLARATION OF STEPHEN F. RUSSELL**

I, Stephen F. Russell, hereby depose and say as follows:

1. I am a resident of the State of Connecticut. I am over the age of 18 and believe in the obligations of an oath.

2. This Declaration is made in support of and submitted in conjunction with defendant Webster Bank, N.A. ("Webster")'s Motion for Summary Judgment in this action, filed herewith.

3. I am Vice President, Electronic Delivery Operations at Webster, a position I have held since May 1993. I am responsible for ensuring the proper operation and maintenance of Webster's network of automated teller machines ("ATMs") in Massachusetts, Rhode Island, Connecticut, and New York. Among other responsibilities, my job duties include administration and oversight of Webster's policies and practices with respect to the fees collected by Webster's network of ATMs.

4. In my capacity as Vice President, Electronic Delivery Operations at Webster, I have personal knowledge of the facts set forth in this Declaration.

5. Webster owns and operates a total of twenty-four (24) ATMs within the Commonwealth of Massachusetts, including the ATM located at 27 Park Street in Attleboro, Massachusetts, where plaintiff Raymond Morrissey ("Morrissey") allegedly performed the ATM transaction giving rise to this lawsuit.

6. At all times relevant to this action, all Webster ATMs in Massachusetts have displayed a placard notice on the face of the machine (the "Placard Notice") substantially similar to the following:

---

Notice to Non-Webster Bank Cardholders ONLY – Service Fee May Apply

Webster Bank, the owner of this terminal, may charge a $1.50 fee to process a cash withdrawal or cash advance performed with a card not issued by Webster Bank. This fee will be added to the withdrawal amount and deducted from your account. This fee is in addition to any fees your financial institution may impose for performing this transaction.

This fee will NOT be charged to Webster Bank Cardholders.

Webster Bank, N.A., Member F.D.I.C.

---

7. In accordance with the Placard Notice, Webster does not assess a fee upon any transaction that is performed using a bank or credit card issued by Webster or bearing the Webster logo, defined as "Webster Bank Cardholders" in the Placard Notice. Further, Webster does not assess a fee upon any balance transfer or balance inquiry, regardless of whether the bank or credit card used to perform the transaction bears the Webster logo.

8. In accordance with the Placard Notice, Webster does not assess a fee upon any cash withdrawal that is performed at a Webster ATM using a bank or credit card not bearing the Webster logo if:

   (a) the cardholder performs the transaction at a Webster ATM in Massachusetts with a bank or credit card issued by a financial institution that participates in the "SUM" Program[1];

   (b) the cardholder performs the transaction at a Webster ATM in Massachusetts with an electronic benefits card issued in connection with the Transitional Aid for Families with Dependent Children ("TAFDC"), American Red Cross ("ARC"), or Federal Emergency Management Agency ("FEMA") electronic benefits programs; or

   (c) the cardholder performs the transaction with a bank or credit card issued by a financial institution located outside of the United States.

  9. The various categories of transactions described in Paragraph 8 above may change from time to time. For example, on October 9, 2005, following the destruction caused by Hurricanes Katrina and Rita, Webster instituted a policy, as described in Paragraph 8(b), of not assessing ATM fees upon withdrawals from FEMA or ARC electronic benefits accounts.

  10. Webster's ATMs determine which category a bank or credit card falls into by reading the card's bank identification number ("BIN"), which consists of the first six (6) digits of the number imprinted on the card. The card's BIN is transmitted electronically to a central computer operated by Webster, which compares the card's BIN to Webster's master BIN list. The central computer determines if a fee applies to the transaction based on whether the card has a Webster BIN, or if it has a BIN that falls into one of the categories described in Paragraph 8 above.

---

[1] The SUM Program is a reciprocal agreement among 493 financial institutions (320 of which do business in Massachusetts) to waive ATM fees for customers of member institutions.

11.     If a fee applies to a transaction, the Webster ATM will immediately display a second written notice on the screen of the ATM (the "Screen Notice"), substantially similar to the following:

---

FEE NOTICE

WEBSTER BANK, THE OWNER OF THIS TERMINAL, ADDS TO CASH WITHDRAWALS (AND CREDIT CARD CASH ADVANCES, IF APPLICABLE) A TERMINAL USAGE FEE OF $1.50. THIS CHARGE IS IN ADDITION TO ANY FEE WHICH MAY BE ASSESSED BY YOUR FINANCIAL INSTITUTION.

WOULD YOU LIKE TO CONTINUE?

PRESS IF YES ------------>

PRESS IF NO -------------->

---

12.     In accordance with the Screen Notice, before the fee is assessed, the user must affirmatively accept the fee by pressing the button on the ATM marked "YES." If the user does not wish to accept the fee, the user may cancel the transaction by pressing the button on the ATM marked "NO." If the user presses "NO," the transaction is cancelled, and no fee is assessed. However, if the user presses "YES," the ATM processes the transaction, and subtracts the applicable fee from the ATM user's account in addition to any fees the user's financial institution may impose.

13.     Webster ATMs offer users the option of receiving a printed receipt of the transaction. If a fee was assessed upon the transaction, the receipt will indicate the amount of the fee. The receipt reproduced as Exhibit A to Morrissey's Amended Complaint indicates that Morrissey elected to accept the ATM fee in the manner described in Paragraph 12 above, and the Webster ATM assessed a fee of $1.50.

14.     According to Webster corporate policy, the amount of the fee assessed by a Webster ATM, if any, is $1.50 for any ATM located on Webster property. If the Webster ATM

is located on non-Webster property, or if the ATM is located adjacent to a Webster branch but is not physically attached to the branch facility, the fee, if any, is $1.75. Of the 24 Webster ATMs within Massachusetts, four (4) assess a fee of $1.75. If the applicable fee is $1.75, the Placard Notice is identical to the notice described in Paragraph 6 above, except that the amount of the fee appears as $1.75. Similarly, if the applicable fee is $1.75, the Screen Notice is identical to the notice described in Paragraph 11 above, except that the amount of the fee will appear as $1.75.

15. Between July 6 and August 10, 2005, of the 41,194 transactions performed at Webster's Massachusetts ATMs with bank or credit cards not bearing the Webster logo, 9,286 (22.5%) were transactions that did not fall into any of the categories described in Paragraph 8 above. Accordingly, the applicable fee was collected for each of these transactions. Conversely, no fee was collected for 31,908 transactions, or the majority (77.5%) of the transactions performed at Webster's Massachusetts ATMs with bank or credit cards not bearing the Webster logo during that period. These percentages are representative of the average rate of fee-assessed and fee-waived transactions at Webster ATMs at all times relevant to this litigation.

ON THIS 27th DAY OF OCTOBER, 2005, I, STEPHEN F. RUSSELL, HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    /s/ Stephen F. Russell
    Stephen F. Russell