**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RAYMOND MORRISSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CA No. 05-10984-WGY** |
| v. ) | |
| ) | |
| WEBSTER BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes Plaintiff, Raymond Morrissey, and hereby requests that he be granted 14 additional days to respond to the detailed Motion for Summary Judgment filed by the Defendant. The Defendant does not oppose this request.

**WHEREFORE**, Plaintiff requests that the Court grant his Motion to extend time to respond to the Defendant's Motion for Summary Judgment through November 21, 2005.

/s/Christopher M. Lefebvre
CLAUDE LEFEBVRE, P.C.
PO Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

**LOCAL RULE 7.1 CERTIFICATION**

I, Christopher M. Lefebvre counsel for Plaintiff, conferred with Hobart Popick, counsel for the Defendant.  Hobart Popick assented to Plaintiff's motion to extend time to answer or otherwise respond to the Motion for Summary Judgment through November 21, 2005.
/s/Christopher M. Lefebvre

## **CERTIFICATION**

I hereby certify that a copy of the Plaintiff's unopposed motion to extend time to respond to the Defendant's motion for summary judgment was electronically filed and served on November 9, 2005 to:

Hobart F. Popick, Esq.
Day, Berry & Howard LLP
One International Place
Boston, MA 02110                                           /s/Sarita Sasa