UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                              Civil Action
                                                                                             No: **05-10984-WGY**

**RAYMOND MORRISSEY**

.

**Plaintiff**

v.

**WEBSTER BANK, N.A.**

**Defendant**


## JUDGMENT

      This action came before the court on a motion for Summary Judgment. After hearing the Court Allows the defendant's Motion for Summary Judgment. Judgment for the Defendant Webster Bank, N.A, against Plaintiff Raymond Morrissey.
    .


                                                                           **Sarah A. Thornton**
                                                                           **Clerk**


                                                                       **/s/ Elizabeth Smith**
                                                                           **Deputy Clerk**


**January 11, 2006**
**To: All Counsel**